O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integrated Sports Media, Inc., <br><br>          Plaintiff, <br>   v. <br>Jorge M. Canseco and Marina L. Canseco, individually and d/b/a Los Tres Amigos Restaurant, <br><br>          Defendants. | CV 10-7392 RSWL (MANx) <br><br>**ORDER Re: Motion of Attorney Jason J.L. Yang for an Order Permitting Him to Withdraw as Attorney of Record for Defendants Jorge Canseco and Marina Canseco [22]** |

On August 9, 2011, Motion of Attorney Jason J.L. Yang for an Order Permitting Him to Withdraw as Attorney of Record for Defendants Jorge Canseco and Marina Canseco came on for regular calender before this Court [22].  The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS**:

Defendants' Counsel's Motion is hereby **GRANTED.** Defendants' Counsel has provided sufficient good cause

1

to merit withdrawal in the present Case.  Additionally, allowing Defendants' Counsel to withdraw from this Case would not cause undue delay in prosecution of this matter.  Moreover, as Defendants' Counsel has given adequate written notice to his clients in compliance with Local Rule 83-2.9.2.4, the Court finds that allowing withdrawal at this time would not prejudice Defendants.  Therefore, the Court **GRANTS** the Motion of Attorney Jason J.L. Yang for an Order Permitting Him to Withdraw as Attorney of Record for Defendants Jorge Canseco and Marina Canseco.  Accordingly, Jason J.L. Yang shall no longer be the attorney of record for Defendants effective the date of the filing of this Order.

To the extent Defendants Jorge Canseco and Marina Canseco are appearing individually, Defendants' last known contact information is as follows:

      Address:    4869 Santa Monica Blvd.
                        Los Angeles, California 90029
      Telephone:  323-662-9202 business
                      818-425-6066 cell
                      818-363-5190 home
      Email:      leos_2000@yahoo.com

DATED: August 16, 2011
**IT IS SO ORDERED.**

*RONALD S.W. LEW*

---
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge