**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Integrated Sports Media, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Jorge Canseco and Marina L. Canseco, individually and d/b/a Los Tres Amigos Restaurant, <br><br> Defendants. | CV 10-7392 RSWL (AJWx) <br><br> **STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW** |

After consideration of the papers and arguments in support of and in opposition to Plaintiff Integrated Sports Media, Inc.'s ("Plaintiff") Motion for Partial Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(a) [29], this Court makes the following findings of fact and conclusions of law:

**UNCONTROVERTED FACTS**

1. A sports program ("the Program") - CONCACAF World Cup Qualifier Tournament was televised nationwide on October 14, 2009.  Doug Jacobs Affidavit ¶ 3; Matt Brown Affidavit.

1

2. Plaintiff was granted the exclusive commercial distribution rights to the program. Doug Jacobs Affidavit ¶ 3.

3. Defendants Jose Canseco and Marina Canseco ("Defendants") are the owners and operators of a commercial establishment called Los Tres Amigos Restaurant located at 4869 Santa Monica Boulevard, Los Angeles, California 90029. Decl. Jorge Canseco ¶ 2; Decl. Marina Canseco ¶ 2.

4. Defendants exhibited the Program at their commercial establishment. Matt Brown Affidavit; Decl. Jorge Canseco ¶ 3; Decl. Marina Canseco ¶ 3.

5. Defendants never purchased a commercial license from Plaintiff that would have permitted them to exhibit the Program lawfully. Doug Jacobs Affidavit ¶ 7.

## CONCLUSIONS OF LAW

1. 47 U.S.C. §§ 605 and 553 are strict liability statutes. See e.g., <u>J & J Sports Prods., Inc. v. Enedina Soto</u>, 2010 WL 3911467, at *2 (S.D. Cal. Sept. 28, 2010) (striking a "mistake of law" affirmative defense because "even if Defendants can show they did not know they were violating the law, their liability is not excused"). Thus, evidence showing that Defendants did not know that they had to get authorization to broadcast the Program is irrelevant for liability.

Case 2:10-cv-07392-RSWL-AJW   Document 46   Filed 02/27/12   Page 3 of 3   Page ID #:336

1        2.   Defendants' unauthorized broadcast of the
2   Program at Los Tres Amigos Restaurant violated 47
3   U.S.C. § 605.  Thus, Defendants are liable on
4   Plaintiff's section 605 claim.
5        3.   Defendants' unauthorized broadcast of
6   the Program amounts to Conversion under California law.
7   As such, Defendants are liable for conversion.  See <u>Don
8   King Productions/Kingvision v. Lovato</u>, 911 F. Supp.
9   419, 423 (N.D. Cal. 1995).

11  **IT IS SO ORDERED.**
12  DATED: February 27, 2012

                    RONALD S.W. LEW
                    _____
                    **HONORABLE RONALD S.W. LEW**
                    Senior, U.S. District Court Judge