O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integrated Sports Media, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Jorge Canseco and Marina L. Canseco, individually and d/b/a Los Tres Amigos Restaurant,<br><br>　　　　　Defendants. | CV 10-7392 RSWL (AJWx)<br><br>**ORDER Re: Plaintiff's Motion for Leave to File Reply to Defendants' Objection to Evidence [45]** |

   On February 10, 2012, Plaintiff Integrated Sports Media, Inc. ("Plaintiff") filed a Motion for Leave to File Reply to Defendants' Objection to Evidence [45]. As a preliminary matter, on the Court's own motion, Plaintiff's Motion for Leave to File Reply is hereby taken **UNDER SUBMISSION**. The Court having reviewed all papers submitted pertaining to this Motion **NOW FINDS AND RULES AS FOLLOWS:**

   Though the Court does not have to consider any untimely filed papers, in its discretion, the Court may, nevertheless, consider the substance of papers

1

that are filed late.  <u>Guerrero v. Hawaii</u>, 662 F. Supp. 2d 1242, 1250 n.8 (D. Haw. 2009) (holding that the court had discretion to consider late papers and deny a request to strike).  As such, the Court hereby **GRANTS** Plaintiff's Motion for Leave to File Reply to Defendants' Objection to Evidence.  The proposed Reply filed by Plaintiff concurrently with this Motion for Leave is deemed filed.

**IT IS SO ORDERED.**

DATED: February 27, 2012

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge